# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| BRANDILYN RAE COX, | ) |
| *Plaintiff*, | ) Case No. 3:15-cv-37 |
| v. | ) Judge Travis R. McDonough |
| SITEL OPERATING CORPORATION, | ) Magistrate Judge Debra C. Poplin |
| *Defendant*. | ) |

## ORDER

On August 10, 2018, United States Magistrate Judge Debra C. Poplin filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1). (Doc. 30.) Magistrate Judge Poplin recommended that the parties' settlement agreement (Doc. 29) be approved in its entirety. (Doc. 30.) Neither party has filed any objections to Magistrate Judge Poplin's report and recommendation.[1] Additionally, as noted by Magistrate Judge Poplin, no objections were filed to the proposed settlement agreement. (*Id.* at 5, 9 n.4.) Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and it agrees with Magistrate Judge Poplin's well-reasoned conclusions. Accordingly, the Court will **ACCEPT** and **ADOPT** Magistrate Judge Poplin's report and recommendation (Doc. 30). The parties' joint motion for

---

[1] Magistrate Judge Poplin specifically advised the parties that they had fourteen days in which to object to the report and recommendation and that failure to do so would waive their right to appeal. (Doc. 30, at 11 n.5); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Federal Rule of Civil Procedure 6(d), the period in which the parties could timely file any objections has now expired.

approval of compromise and settlement (Doc. 21) and Defendant's unopposed motion to file settlement agreement under seal (Doc. 22) are **DENIED AS MOOT**, and the parties' joint motion for approval of settlement agreement (Doc. 27) is **GRANTED**. The parties are further **ORDERED** to submit a joint stipulation of dismissal within **thirty days** of the date of this Order.

      SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**